1  JOHN H. McSPADDEN (SBN 115090)
   Attorney at Law
2  314 Capitola Avenue
   Capitola, CA  95010
3  Telephone:  (831) 462-4882
   Facsimile:  (831) 475-2213
4  email:  jhmcspadden@mindspring.com

5  Attorney for Plaintiff LOWELL CHAPMAN

6

7  CHARLES M. DYKE (SBN 183900)
   THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, 18th Floor
8  San Francisco, CA 94105
   Telephone: (415) 371-1200
9  Facsimile:  (415) 371-1211
   email:    cmdyke@thelen.com

10
   Attorneys for Defendants SOS STEEL
11 COMPANY, INC., and SOS STEEL COMPANY, INC.
   EMPLOYEE STOCK OWNERSHIP PLAN

12

13                 UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16                                              *E-FILED - 4/12/07*

17 LOWELL CHAPMAN,                  | Case No.: C-07-00018-RMW-PVT

18                Plaintiff,        | **STIPULATION AND ORDER OF**
                                    | **DISMISSAL OF CLAIMS**
19        vs.

20 SOS STEEL COMPANY, INC., a California
   corporation, SOS STEEL COMPANY, INC.
21 EMPLOYEE STOCK OWNERSHIP PLAN
   and Does 1 to 30,
22
23                Defendants.

24

25

26        Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and in accordance with the

27 terms of a settlement agreement between the parties, Plaintiff Lowell Chapman ("Plaintiff") and

28 Defendants SOS Steel Company, Inc. and SOS Steel Company, Inc. Employee Stock Ownership

1  Plan ("Defendants"), by and through their attorneys of record, hereby stipulate that the Complaint

2  in this action and all claims therein asserted by Plaintiff against Defendants shall be and hereby are

3  dismissed with prejudice.

4  **IT IS SO STIPULATED.**

5

| Dated:      March 21, 2007 | JOHN H. MCSPADDEN |
|---|---|
| | By: _____ |
| | JOHN H. MCSPADDEN |
| | Attorney for Plaintiff |
| | LOWELL CHAPMAN |
| Dated:      March 22, 2007 | THELEN REID BROWN RAYSMAN & STEINER LLP |
| | By: _____ |
| | CHARLES M. DYKE |
| | Attorneys for Defendants |
| | SOS STEEL COMPANY, INC. and SOS |
| | STEEL COMPANY, INC. EMPLOYEE |
| | STOCK OWNERSHIP PLAN |
| **IT IS SO ORDERED.** | |
| Dated:      xxxxxxx    , 2007<br>April 12, 2007 | *Ronald M. Whyte*<br>UNITED STATES DISTRICT JUDGE |

Dated:  March 14, 2007